IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAHARA LOGAN, on behalf of herself and all others similarly situated, | ) ) ) ) Civil Action No.: ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| P.R.B.A. CORP. d/b/a BARE EXPOSURE, ANTHONY ARIEMMA, RAY ARIEMMA, PAT VELTRE, and DOE DEFENDANTS 1-10, | ) ) ) ) |
| Defendants. | ) ) ) |

## CONSENT TO SUE

I, SAHARA LOGAN, consent to sue as a plaintiff in this action, pursuant to Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*

I agree to serve as a named plaintiff in this proposed collective action on behalf of any other similarly situated individuals who may join. I further consent to sue as a named plaintiff against any other defendants who may be liable to me under the FLSA as a result of work I performed at the Bare Exposure Club.

I authorize my counsel, Carlson Lynch Sweet Kilpela & Carpenter, LLP, to file this consent form in the pending action against P.R.B.A. CORP. and, if necessary, in any other action related to work I performed at the Bare Exposure Club.

Dated: 1/8/18

Name: Sahara Logan

Signature: *Sahara Logan*