IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAHARA LOGAN,<br><br>                Plaintiff,<br><br>    v.<br><br>P.R.B.A. CORP., doing business as BARE EXPOSURE, et al.,<br><br>                Defendants. | Civil No. 18-16977-RMB-KMW |
| SAHARA LOGAN,<br><br>                Plaintiff,<br><br>    v.<br><br>P.R.B.A. CORP., doing business as BARE EXPOSURE,<br><br>                Defendant. | Civil No. 19-13987-RMB-KMW |

    It having been reported to the Court that the above-captioned actions have been settled,

    **IT IS** on this **2nd** day of **February**, **2021**, hereby

    **ORDERED** that these actions and any pending motions are hereby administratively terminated; and it is further

    **ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

    **ORDERED** that within sixty (60) days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss these actions under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

    **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the actions within the 60-day

period, the Court shall dismiss these actions, without further notice, with prejudice and without costs.

                                            s/ Karen M. Williams
                                            KAREN M. WILLIAMS
                                            United States Magistrate Judge

cc:   Hon. Renée Marie Bumb