## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAHARA LOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>P.R.B.A. CORP., doing business as BARE EXPOSURE, et al.,<br><br>    Defendant. | Case No. 18-16977-RMB-KMW |
| SAHARA LOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>P.R.B.A. CORP., doing business as BARE EXPOSURE, et al.,<br><br>    Defendant. | Case No.: 19-13987-RMB-KMW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff SAHARA LOGAN and Defendant P.R.B.A. CORP. d/b/a BARE EXPOSURE, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.  This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2.  Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 20, 2021

Respectfully submitted,

*/s/ Edward W. Ciolko*
Edward W. Ciolko
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
eciolko@carlsonlynch.com

*Attorneys for Plaintiff*

*/s/ Adam E. Gersh*
Adam E. Gersh
Flaster Greenberg PC
Commerce Center,
1810 Chapel Ave. West,
Cherry Hill, NJ 08002
Tel: 856.382.2246 ·
adam.gersh@flastergreenberg.com

*Attorney for Defendant*